

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00871-CV

Alonzo Foster **BALL** Jr.,
Appellant

v.

LaVaughn **LEWIS**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-05112
Honorable Janet P. Littlejohn, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed: April 2, 2014

DISMISSED FOR WANT OF JURISDICTION

Appellant Alonzo Foster Ball Jr., acting pro se, filed a notice of appeal. He complains that the trial court improperly denied his wife's motion to dismiss a family violence protective order. *See* TEX. FAM. CODE ANN. § 85.001 (West 2014). Because Appellant filed an untimely affidavit of indigence, we abated this appeal and remanded the cause to the trial court to determine whether Appellant is indigent and his appeal is frivolous. *See* TEX. R. APP. P. 20.1(c), (e), (h). In response, the trial court held a hearing and vacated its earlier protective order.

On March 7, 2014, because it then appeared there was not a final, appealable order, we ordered Appellant to show cause in writing not later than March 17, 2014, why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (noting that generally "an appeal may be taken only from a final judgment"). We warned Appellant that if he failed to timely show cause why this court has jurisdiction over this appeal, the appeal would be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Lehmann*, 39 S.W.3d at 195. To date, Appellant has filed no response.

Therefore, we dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Lehmann*, 39 S.W.3d at 195.

PER CURIAM